COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Johnathan Ross Nickerson v. The State of Texas

Appellate case number:      01-14-00096-CR

Trial court case number:    1238640

Trial court:                177th District Court of Harris County

       This case was abated and remanded to the trial court for the trial court to determine whether appellant wishes to prosecute this appeal, to determine whether appellant's counsel had abandoned the appeal, and, if counsel had not abandoned the appeal, to inquire of counsel why appellant's brief has not yet been filed and to set a date certain when appellant's counsel must file appellant's brief. The trial court held a hearing on our abatement order on September 2, 2014, and the trial court clerk and court reporter have filed their respective records of the hearing. The record reflects that the trial court made all necessary findings and then ordered counsel to file a brief on appellant's behalf by September 26, 2014. Accordingly, we REINSTATE this case on the Court's active docket.

       Appellant's brief is ORDERED to be filed by no later than September 26, 2014. *See* TEX. R. APP. P. 38.6(a), (d). No extensions of time to file appellant's brief will be granted.

       The State's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Sherry Radack
            ☒ Acting individually

Date: September 18, 2014